79,389-09, 10, 11

**LUKE A. STANTON**

# 1830011 • TDCJ-CID Stiles Unit • 3060 FM 3514 • Beaumont, Texas 77705

Monday, December 21, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 23 2015

Abel Acosta, Clerk

Clerk of the Court
COURT OF CRIMINAL APPEALS'
    OF TEXAS
P.O. BOX 12308
Capitol Station
Austin, Texas 78711

RE: Ex Parte LUKE STANTON
    CCA NOS: WR-79,389-09, WR-79,389-10, and WR-79,389-11

Dear Sir:

Applicant in the above styled and numbered cause(es) is are requesting the/ an updated status on Applicant's Applications for a Writ of Habeas Corpus, submitted to the 211th Judical District Court of Denton County on August 07, 2015, then transfered to this Honorable Court of Criminal Appeals on September 29, 2015. Subsequent to, Applicant submitted his Objections to the Trial Court's Findings of Fact, and Conclusion of Law, and the denial.

Within the above, Applicant is requesting the status, whether it's been:

[ ] Pending; [ ]Denied; [ ] Dismissed; [ ]Granted; or [ ] OTHER _____.

The requested above is needed to meet the AEDPA time-limits on the filing Applicant's Federal Petition for Writ of Habeas Corpus.

Please find an enclosed Self Addressed Stamped Envelope, with a copy of this letter, to be stamped with the Court's receiving date, and its reply answer. Returned

Your Kindness in the above matter is greatly appreciated!

Sincerely,

Luke Stanton #1830011

cc: LARA TOMLIN
    Asst. District Attorney
    1450 E. McKinney St. Ste 3100
    Denton, Texas 76209